Case 3 09-cv-30192-MAP   Document 12   Filed 03/09/2010   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL MONTEIRO,              )<br>          Plaintiff    )<br>                             )<br>   v.                        )<br>                             )<br>ALLIANCE COLLECTION AGENCIES )<br>INC.,                        )<br>          Defendant    ) | Civil Action No. 09-30192-MAP |

### SETTLEMENT ORDER OF DISMISSAL
March 9, 2010

The court, having been advised on March 5, 2010 that the above-entitled action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk